**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:24 CR 0073-PPS/JEM |
| | ) | |
| KENNETH J. TALBERT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Kenneth Talbert's decision to plead guilty to the indictment without the benefit of a plea agreement pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 27, 29.] Following a hearing held on the record on July 16, 2026 [DE 29], Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his decision to enter a plea of guilty to Count 1 of the indictment charging him with being a felon in possession, in violation of 18 U.S.C. § 922(g)(1). Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. More than 14 days have passed and no timely objections were filed.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Kenneth Talbert's plea of guilty, the Court hereby ADOPTS the findings and recommendation [DE 29] in their entirety.

Defendant, Kenneth Talbert, is adjudged GUILTY of Count 1 of the indictment. The sentencing hearing is HEREBY SET for **October 22, 2026, at 2:00 p.m.** Hammond/Central time.

ENTERED: July 30, 2026.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT